René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com
LEAD COUNSEL

Matt Kenna (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net
*Pro Hac Vice*
LEAD COUNSEL

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0242 (Carpenter)
         (202) 305-0486 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 1:21-cv-01041-DAD-BAM<br><br>JOINT RESPONSE REGARDING THE COURT'S JULY 23, 2021 ORDER [ECF No. 19] |

    The parties hereby submit this joint response in accordance with the Court's July 23, 2021 Order, ECF No. 19, directing the parties to "meet and confer as to whether any further evidence or briefing need be presented or whether the court may adopt this order in ruling on the pending motion for preliminary injunction."

    Defendant requests leave to file a short memorandum of no more than five pages to address two issues raised for the first time in the Court's July 23 Opinion and to briefly expand on one issue presented by the Court's ordered relief. Specifically, Defendant intends to address whether the agency may, as a matter of law, distinguish *Environmental Protection Information Center v. Carlson*, 968 F.3d 985 (9th Cir. 2020), by supplying more information in support of the agency's decision and whether the agency has done so in this case. Defendant also intends to request—and provide justification for—a modest modification to the Court's Temporary Restraining Order, or to any Preliminary Injunction, to allow the Forest Service to cut and remove what it anticipates to be a small number of incidental trees that pose a hazard to the contractor while felling and removing hazard trees in compliance with the Court's Order.

    Defendant proposes to file its five-page memorandum on August 6, 2021. Defendant also proposes that if Plaintiffs intend to file a reply, they do so by August 13, 2021, and that their reply also be limited to five pages.

Plaintiffs do not believe that the issues referred to by Defendant are new issues raised for the first time in the Court's July 23 Opinion, and do not believe that additional briefing on those issues is warranted. As such, Plaintiffs ask the Court to adopt its temporary restraining order in ruling on the pending motion for preliminary injunction. Defendant has already provided a lengthy argument on the very issues it now seeks reargue.[1] *See* D's Opp Br. at 16-19 (ECF No. 16). And the Court summarily rejected Defendant's assertions and arguments both during oral argument and in the Court's opinion finding that Defendant's argument "simply appears to embrace the dissenting opinion in *EPIC*, which obviously does not control" and was just "supplying more information in support of arguments that were explicitly rejected [in *EPIC*]." TRO Opinion at 10. However, should the Court think that more briefing is appropriate, Plaintiffs are amenable to Defendant's suggested schedule.

Regarding modifying the injunction, Plaintiffs are not sure what Defendant's requested modification would allow. Plaintiffs requested any non-privileged documents regarding implementation of the Court's injunction, such as instructions to the operator or documents originating from the operator, or agency memoranda (excluding privileged legal or policy deliberations). Defendant's counsel represented that they will confer with the agency next week when essential personnel return from leave and determine whether the Forest Service is willing to provide any documents in response to Plaintiffs' request. If after reviewing any documents provided by Defendant in support of its proposed modification, or in response to Plaintiffs' request more generally, the parties remain at an impasse regarding Plaintiffs' document requests, Plaintiffs may file a motion seeking an order directing the Forest Service to provide Plaintiffs with additional documents.

Respectfully submitted on this 30th day of July, 2021.

*/s/ Matt Kenna (with permission)*
René Voss
Matt Kenna, *Pro Hac Vice*

*Attorneys for Plaintiffs*

---

[1] Moreover, any further arguments on these issues are more appropriate for cross-motions of summary judgment with a fully-developed administrative record.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/   Krystal-Rose Perez*
HAYLEY A. CARPENTER
KRYSTAL-ROSE PEREZ
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-0242 (Carpenter)
         (202) 305-0486 (Perez)
hayley.carpenter@usdoj.gov
krystal-rose.perez@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney

*Attorneys for Defendants*