# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 1:21-cv-01041-DAD-BAM<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

Plaintiffs and Defendant have reached a settlement of this case and filed a Settlement Agreement and Stipulation of Dismissal (Settlement Agreement). Having reviewed and considered the Settlement Agreement and good cause appearing, the Court concludes that entering an order consistent with Paragraph 8 of the Settlement Agreement is appropriate. Accordingly,

IT IS ORDERED that the parties' Settlement Agreement is approved and is hereby incorporated into this Order;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the Settlement Agreement; and

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: _____        _____
                                     The Honorable Dale A. Drozd
                                     UNITED STATES DISTRICT JUDGE