# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No.  1:21-cv-01041-DAD-BAM<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SECURITY SHOULD NOT BE RETURNED TO DEPOSITOR<br><br>**FOURTEEN-DAY DEADLINE** |

On July 23, 2021, the Hon. Dale A. Drozd issued a temporary restraining order ("TRO") and ordered that Plaintiffs must post $100.00 security, pursuant to Fed. R. Civ. P. 65(c).  (ECF No. 19.)  The security was paid by depositor Rene P. Voss.  (Receipt No. #CAE100048831.)  On October 5, 2021, Judge Drozd granted the plaintiffs' motion for a preliminary injunction, which covered the same substance as the TRO.  (ECF No. 30.)  Ultimately, on January 14, 2022, the parties filed a stipulation of dismissal with prejudice.  (ECF No. 35.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, the Court ORDERS any and all parties to show cause, in writing, withing **fourteen (14) days** of entry of this order why the $100.00 security should not be returned to depositor Rene P. Voss.  If a party does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court. Thereafter, the Court will determine whether to direct the Clerk of Court to return the security to the address of the depositor on file.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge