# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No.  1:21-cv-01041-DAD-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RECONVEY CASH SECURITY TO DEPOSITOR |

On July 23, 2021, the Hon. Dale A. Drozd issued a temporary restraining order ("TRO") and ordered that Plaintiffs must post $100.00 security, pursuant to Fed. R. Civ. P. 65(c).  (ECF No. 19.)  The security was paid by depositor Rene P. Voss.  (Receipt No. #CAE100048831.)  On October 5, 2021, Judge Drozd granted the plaintiffs' motion for a preliminary injunction, which covered the same substance as the TRO.  (ECF No. 30.)  Ultimately, on January 14, 2022, the parties filed a stipulation of dismissal with prejudice.  (ECF No. 35.)

On March 18, 2026, the undersigned issued an order to show cause, directing all parties to show cause in writing within fourteen days why the $100.00 security should not be returned to depositor Rene P. Voss.  (ECF No. 37.)  The Court's order further stated that failure to file a timely response would be construed as a non-opposition.  (Id.)  Following fourteen days, Plaintiffs filed a non-opposition and Defendant United States Forest Service did not file an opposition.

Accordingly, IT IS HEREBY ORDERED THAT the $100.00 security shall be reconveyed to depositor Rene P. Voss. The Clerk of Court is DIRECTED to serve a copy of this order on depositor Rene P. Voss, as well as return the $100.00 security to the address on record for Rene P. Voss.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge